UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARL WESLEY BRITT, *pro se*,

    Plaintiff,

v.                                              Case No. 5:10-cv-644-Oc-30MAP

HOLLIE WORLEY, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

In an Order dated April 20, 2011, the Court directed Plaintiff to show cause why this case should not be dismissed for lack of prosecution. (Doc. 12). This Order has been returned to the Clerk as undeliverable. Plaintiff has been released from custody and has not advised the Court of any change in his address. Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED without prejudice for the failure to prosecute**. The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on May 3, 2011.

                                                              JAMES S. MOODY, JR.
                                                              UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Plaintiff